People v Amonor (2023 NY Slip Op 50104(U))

[*1]

People v Amonor (Edward)

2023 NY Slip Op 50104(U)

Decided on February 16, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 16, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570263/16

The People of the State of New York, Respondent,
against
Edward Amonor, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Linda Poust Lopez, J.), rendered March 29, 2016, convicting him, after a nonjury trial, of attempted criminal contempt in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Linda Poust Lopez, J.), rendered March 29, 2016, affirmed.
The verdict convicting defendant of attempted criminal contempt in the second degree (see Penal Law §§ 110, 215.50[3]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the trial court's determinations concerning credibility, including its rejection of defendant's version of events. There was ample evidence of defendant's guilt, including the credited testimony of the complaining witness that she came "face to face" with defendant in the lobby of her apartment building as she was leaving for work, an act that constituted, at a minimum, an attempt to violate a valid order of protection directing defendant to stay away from complainant and her home (see People v Naradzay, 11 NY3d 460, 466 [2008]; People v Kaplan, 125 AD3d 465 [2015], lv denied 25 NY3d 1203 [2015]; People v Eva, 24 Misc 3d 136[A], 2009 NY Slip Op 51506[U] App Term, 2nd Dept, 2d, 11th & 13th Jud Dists 2009]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 16, 2023